**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| SONOHM LICENSING LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMPRO ADLINK TECHNOLOGY, INC.,<br><br>　　　　Defendant. | Case No. 4:20-cv-08367-HSG<br><br>**ORDER GRANTING STIPULATED REQUEST PURSUANT TO CIVIL L.R. 6-2 FOR ORDER SETTING TIME FOR DEFENDANT AMPRO ADLINK TECHNOLOGY, INC. AND RESETTING THE CASE MANAGEMENT CONFERENCE  DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

　　　The Stipulation requesting a change in the deadline to answer the Complaint (Dkt. No. 1) and to move the Case Management Conference filed by Plaintiff Sonohm Licensing LLC, is GRANTED.  IT IS ORDERED that Defendant Ampro Adlink Technology, Inc. shall answer or otherwise respond to the Complaint no later April 30, 2021, and the Case Management Conference is reset to May 4, 2021, at 2:00 pm.

　　　PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
United States District Judge