Steven W. Ritcheson, Esq. (SBN 174062)
INSIGHT, PLC
578 Washington Blvd., #503
Marina del Rey, CA 90292
Telephone: (818) 744-8714
Fax: (818) 337-0383
Email: swritcheson@insightplc.com

David R. Bennett (Admitted *pro hac vice*)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
dbennett@directionip.com

Counsel for Plaintiff
SONOHM LICENSING LLC, a Texas limited liability company

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| SONOHM LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMPRO ADLINK TECHNOLOGY INC.,<br><br>Defendant. | Case No. 4:20-cv-08367-HSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Plaintiff Sonohm Licensing LLC hereby files this Notice of Voluntary Dismissal without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment. Accordingly, Sonohm Licensing LLC voluntarily dismisses this action against Defendant without prejudice pursuant to Rule 41(a)(1).

| | | |
|---|---|---|
| 1 | Dated: April 24, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | OF COUNSEL: | /s/ *Steven W. Ritcheson* |
| | | Steven W. Ritcheson, Esq. (SBN 174062) |
| | | INSIGHT, PLC |
| 4 | David R. Bennett | 578 Washington Blvd., #503 |
| 5 | (Admitted Pro Hac Vice) | Marina del Rey, CA 90292 |
| | Direction IP Law | Telephone: (818) 744-8714 |
| 6 | P.O. Box 14184 | Fax: (818) 337-0383 |
| | Chicago, IL 60614-0184 | Email: swritcheson@insightplc.com |
| 7 | (312) 291-1667 | |
| | dbennett@directionip.com | Attorneys for Plaintiff Sonohm Licensing LLC |

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on April 24, 2021, with a copy of this e-mail via the Court's CM/ECF system per Local Rule CV-5-1(h)(1).

/s/ *Steven W. Ritcheson*
Steven W. Ritcheson, Esq. (SBN 174062)